UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANNON ALEXANDER (298078)

VERSUS

LT. COL. CHAD OUBRE

CIVIL ACTION

NO. 11-843-BAJ-CN

**RULING AND ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 10, 2012 (doc. 6), to which plaintiff has filed an objection (doc. 8) hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiffs action is dismissed, without prejudice, for failure of the plaintiff to pay the Courts initial partial filing fee and as frivolous.

Baton Rouge, Louisiana, April 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA